WILLIAM H. WILDS and JOHN H. WILDS, an Infant under the age of twenty-one years, v. JOHN LAYTON, THOMAS J. WILDS, and MARY C. WILDS.

Court of Chancery.  Kent.  April 27, 1822.

*Ridgely's Notebook IV, 1.*

[For this case, see 1 Del.Ch. 226.]